# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>                    Plaintiff, )<br>                         )<br>     vs.                    )<br>                         )<br>DAVID R. CRUZ, )<br>                    Defendant. )<br>                         ) | CRIMINAL CASE NO. 98-00062-001<br><br>**REQUEST TO TRAVEL** | |

      On December 3, 1998, David Robert Cruz was sentenced in the U.S. District Court of Guam by the Honorable John S. Unpingco for Conspiracy to Import Crystal Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960 and 963. He was sentenced to 90 months imprisonment followed by 60 months of supervised release with conditions that he comply with the mandatory and standard conditions of supervised release; abstain from the use of alcohol; perform 400 hours of community service; participate in drug treatment and testing; obtain and maintain gainful employment; and pay a $100 special assessment fee.

      On May 6, 2008, Mr. Cruz reported to the U.S. Probation Office and requested to travel to the Republic of the Philippines from May 12, 2008 to June 1, 2008, so he can accompany his girlfriend who was medically referred to St. Luke's Medical Center.

Request to Travel
Re: DAVID R. CRUZ
Criminal Case No. 05-00027-001
May 7, 2008
Page 2

      Mr. Cruz's adjustment under supervision has been excellent as he has completed all conditions which were imposed at the Sentencing hearing. In addition, he is gainfully employed. This is his first travel request to a foreign country. Based on Mr. Cruz's compliance, this Officer supports the request to travel and seeks the Court's approval.

                                      Respectfully submitted,

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
                              U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
    U.S. Probation Officer Specialist
    Supervision Unit Leader

cc: File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**David R. Cruz**
**CR Cs. #98-00062**
**SSN: XXX-XX-0234**
**DOB: XX-XX-1955**
**HT: 5'9" / WT: 180 lbs.**



DATE __May 7, 2008__

YOU ARE AUTHORIZED TO TRAVEL TO: __Manila, Republic of the Philippines__

FROM __May 12, 2008__ AND RETURNING __June 1, 2008__

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To accompany girlfriend for medical treatment**

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall personally report to the U.S. Probation Office 24 hours after your arrival to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

☐ **Approved**  ☐ **Disapproved**

NAME:
ADDRESS