| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**David R. Cruz**
**CR Cs. #98-00062**
**SSN: XXX-XX-0234**
**DOB: XX-XX-1955**
**HT: 5'9" / WT: 180 lbs.**



DATE **May 7, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **May 12, 2008** AND RETURNING **June 1, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To accompany girlfriend for medical treatment**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall personally report to the U.S. Probation Office 24 hours after your arrival to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

NAME:
ADDRESS

[x] Approved      [ ] Disapproved

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 08, 2008**